# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES--GENERAL

Case No.  **EDCV 15-00573-CAS (DTB)**                            Date: **June 3, 2015**

Title:  **Terry Leslie Pickens v. R. Madden, Warden**

===============================================================
**DOCKET ENTRY**
===============================================================

PRESENT:

**HON. DAVID T. BRISTOW, MAGISTRATE JUDGE**

| D. Castellanos | n/a |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEY PRESENT FOR PETITIONER:            ATTORNEY PRESENT FOR RESPONDENT:
   None present                                                              None present

**PROCEEDINGS: (IN CHAMBERS)**

   On March 25, 2015, petitioner filed a Petition for Writ of Habeas Corpus by a Person in State Custody.  After its initial review of the Petition, it appeared to the Court that petitioner had not exhausted his state remedies with respect to two of the five grounds for relief raised in the Petition.  Accordingly, on April 10, 2015, the Court issued an Order to Show Cause ordering petitioner to show cause as to why this action should not be dismissed without prejudice for failure to exhaust state remedies unless petitioner withdrew his two unexhausted claims.  As of this date, petitioner has failed to file a response to the Order to Show Cause.  Accordingly, on the Court's own motion, the Court, *sua sponte*, extends petitioner's time up to and including June 17, 2015, to file a response to the Order to Show Cause.

   As previously advised, in the event petitioner withdraws his unexhausted claims, the Petition may proceed with the three exhausted claims.  Failure to respond to the Court's Order to Show Cause will result in the dismissal of this Petition as a mixed petition.