JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY LESLIE PICKENS,<br><br>　　　　　Petitioner,<br>　　vs.<br>R. MADDEN, Warden,<br>　　　　　Respondent. | Case No. EDCV 15-00573-CAS (DTB)<br><br>**J U D G M E N T** |

　　　Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

　　　IT IS ADJUDGED that the action is dismissed with prejudice.

DATED: September 13, 2016

　　　　　　　　　　　　　　　　*Christina A. Snyder*

　　　　　　　　　　　　　　　　CHRISTINA A. SNYDER
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE